```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12610
   ALINA A ZIELINSKA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-5416
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/16/07 and confirmed on 09/27/07.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   4600.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | 19408.19 | .00 | 2080.00 |
| OPTION ONE MORTGAGE CO | UNSECURED | NOT FILED | .00 | .00 |
| ANN ARBOR FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ACTION CARD/BANK FIRST | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2046.42 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2081.74 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 16.36 | .00 | .00 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19408.19 | .00 | 4144.52 | .00 | 23552.71 |
| PRINCIPAL PAID | 2080.00 | .00 | .00 | .00 | 2080.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2080.00 | .00 | .00 | .00 | 2080.00 |

The Debtor's attorney, MICHAEL J WORWAG               , was allowed $   3000.00
and was paid $    700.00  direct and $   2300.00  through the plan.

The Trustee received $     220.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 09/10/08              /S/
                       GLENN STEARNS
                       CHAPTER 13 TRUSTEE

                    PAGE   2
     CASE NO. 07 B 12610 ALINA A ZIELINSKA